EXHIBIT C

# IEEE 100

# THE
# AUTHORITATIVE
# DICTIONARY
## OF IEEE STANDARDS TERMS

### SEVENTH EDITION

◈IEEE

Published by
Standards Information Network
IEEE Press

AUO_0021912

Trademarks and disclaimers

*IEEE believes the information in this publication is accurate as of its publication date; such information is subject to change without notice. IEEE is not responsible for any inadvertent errors.*

*Other tradenames and trademarks in this document are those of their respective owners.*

*The Institute of Electrical and Electronics Engineering, Inc.*
*3 Park Avenue, New York, NY, 10016-5997, USA*

*Copyright © 2000 by the Institute of Electrical and Electronics Engineers, Inc. All rights reserved. Published December 2000. Printed in the United States of America.*

*No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.*

*To order IEEE Press publications, call 1-800-678-IEEE.*

*Print: ISBN 0-7381-2601-2                SP1122*

See other standards and standards-related product listings at: http://standards.ieee.org/

*The publisher believes that the information and guidance given in this work serve as an enhancement to users, all parties must rely upon their own skill and judgement when making use of it. The publisher does not assume any liability to anyone for any loss or damage caused by any error or omission in the work, whether such error or omission is the result of negligence or any other cause. Any and all such liability is disclaimed.*

*This work is published with the understanding that the IEEE is supplying information through this publication, not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought. The IEEE is not responsible for the statements and opinions advanced in this publication.*

Library of Congress Cataloging-in-Publication Data

IEEE 100 : the authoritative dictionary of IEEE standards terms.—7th ed.
    p. cm.
  ISBN 0-7381-2601-2 (paperback : alk. paper)
    1. Electric engineering—Dictionaries. 2. Electronics—Dictionaries. 3. Computer engineering—Dictionaries. 4. Electric engineering—Acronyms. 5. Electronics—Acronyms. 6. Computer engineering—Acronyms. I. Institute of Electrical and Electronics Engineers.

TK9 .I28 2000
621.3'03—dc21                                                    00-050601

AUO_0021913

*...ool system with the...*
*...n the upper and...*
*...0.707 (−3 dB) of...*
*...usually both upper...*
*...ther than the dif...*
*...nber appears, it is...*
*...reference frequency...*
*...bandwidth limit...*
*...dwidth limit than...*
*...reference frequen...*
*...where exceptions...*
*...definition assumes...*
*...free of departures...*
*...f the lower band-...*
*...se response at zero...*
*...the reference fre-...*
*(JM/HFIM) [40]*
*lines) A specified...*
*...se response does not...*
*...pically, amplitude...*
*(UFFC) [22]*
*...the difference be-...*
*...red in the signal.*
*...tage of frequencies...*
*...me characteristic...*
*(C) 165-1977*
*...frequencies within...*
*...characteristic, falls...*
*...ly defined at the...*
*...less than the ref-...*
*(PE) 599-1985w*
*...e frequency range...*
*...r uses. For ex-...*
*...uires a bandwidth...*
*...nnel occupies a...*
*...e systems occupy...*
*...etic spectrum.*
*(M/C) 802.7-1989r*
*...n hertz, that can...*
*...und.*
*(C) 610.7-1995*
*...ich the amplitude...*
*...ed amount. Note:*
*...ndwidth are 1 dB...*
*... lines).*
*(FFC) 1037-1992w*
*...th. 812-1984w*
*...used to allocate...*
*...nding send-packet...*
*...n another node is...*
*...transmit its send...*
*MM) 1596-1992*
*...to facilitate ef-...*
*...r node occasion-...*
*...ed (QA) slots.*
*(C) 8802-6-1994*
*...th.*
*...uency selective*
*...he condition pre-...*
*...en the amplitude...*
*...he condition is...*
*...f the waveform...*
*...bandwidth-lim-...*
*...nbased operation.*
*...ion-limited op-...*
*100) 812-1984w*
*...that multiplies...*
*...paceborne fiber-...*
*...ng independent*

**bang snuffer** *See:* ring snuffer.

ring segments to use the same dedicated data bandwidth.
(C/BA) 1393-1999

**bang snuffer** (nonlinear, active, and nonreciprocal waveguide components). A switch used in radar receivers to suppress carrier leakage during the transmit period. *See also:* gate.
(MTT) 457-1982w

**bank (A)** (navigation) Lateral inclination of an aircraft in flight. *See also:* list. **(B)** An aggregation of similar devices (for example, transformers, lamps, etc.) connected together and used in cooperation. *Note:* In automatic switching, a bank is an assemblage of fixed contacts over which one or more wipers or brushes move in order to establish electrical connections. *See also:* relay level.
(AES/EEC/PE/GCS) 172-1983, [119]
**(2) (A)** One or more disk drives lined up in a row. **(B)** Any group of similar devices that are connected together for use as a single device. For example, a row of light-emitting diodes connected to form a display. **(C)** A contiguous section of addressable memory. For example, eight memory devices, each of which is 64 kB by 1; forming a 64 kB × 8 memory bank.
(C) 610.10-1994

**bank-and-wiper switch** (telephone switching systems) A switch in which an electromagnetic ratchet or other mechanisms are used, first, to move the wipers to a desired group of terminals, and second, to move the wipers over the terminals of this group to the desired bank contacts.
(EEC/PE) [119]

**banked winding** *See:* bank winding.

**bank winding** (banked winding) A compact multilayer form of coil winding, for the purpose of reducing distributed capacitance, in which single turns are wound successively in each of two or more layers, the entire winding proceeding from one end of the coil to the other, without return.
(IM) [120]

**bar (1)** (illuminating engineering) (of lights) A group of three or more aeronautical ground lights placed in a line transverse to the axis, or extended axis, of the runway.
(EEC/IE) [126]
**(2)** The darker element of a bar code.
(PE/TR) C57.12.35-1996

**bar code (1)** An identification code consisting of a pattern of vertical bars whose width and spacing identifies the item marked. *Note:* The code is meant to be read by an optical input device, such as a bar code scanner. Applications include retail product pricing labels, identification of library documents, and railroad box car identification. *Synonym:* optical bar code. *See also:* universal product code.
(C) 610.2-1987, 610.10-1994w
**(2)** An array of rectangular marks and spaces in a predetermined pattern.
(PE/TR) C57.12.35-1996

**bar code reader** *See:* bar code scanner.

**bar code symbol** An array of rectangular bars and spaces which are arranged in a predetermined pattern following specific rules to represent elements of data that are referred to as characters. A bar code symbol typically contains a leading quiet zone, start character, data character(s) including a check character (if any), stop character, and a trailing quiet zone.
(PE/TR) C57.12.35-1996

**bar code scanner** An optical scanner used to read a bar-code using reflected light. *Synonym:* bar code reader. *See also:* light pen.
(C) 610.10-1994w

**bare conductor** A conductor having no covering or electrical insulation whatsoever. *See also:* covered conductor.
(NESC/NEC) [86]

**barehand work** A technique of performing live maintenance on energized wires and equipment whereby one or more line workers work directly on an energized part after having been raised and bonded to the same potential as the energized wire or equipment. These line workers are normally supported by an insulating ladder, nonconductive rope, insulating aerial device, helicopter, or the energized wires or equipment being

worked on. Most barehand work includes the use of insulating live tools.
(T&D/PE) 516-1995

**bare lamp** (illuminating engineering) A light source with no shielding. *Synonym:* exposed lamp.
(EEC/IE) [126]

**barette** (illuminating engineering) A short bar in which the lights are closely spaced so that from a distance they appear to be a linear light. *Note:* Barettes are usually less than 4.6 m (15 ft) in length.
(EEC/IE) [126]

**bar generator** (television) A generator of pulses that are uniformly spaced in time and are synchronized to produce a stationary bar pattern on a television screen. *See also:* television.
188-1952w

**Barker code** A binary phase code used for pulse compression, in which a long pulse is divided into $n$ subpulses with the phase of each subpulse being 0 or $\pi$ radians. Barker coded pulses have the property that after matched filter processing there are $(n − 1)/2$ sidelobes, or $n/2$ for $n$ even, on each side of the main response, each at a voltage level $1/n$ relative to the main response. Barker codes exist with $n = 2, 3, 4, 5, 7, 9$, and 13. *See also:* coded pulse.
(AES) 686-1997

**Barkhausen-Kurz oscillator** An oscillator of the retarding-field type in which the frequency of oscillation depends solely upon the electron transit-time within the tube. *See also:* oscillatory circuit.
(AP/ANT) 145-1983s

**Barkhausen tube** *See:* positive-grid oscillator tube.

**barometric altimeter** (navigation aid terms) Essentially an aneroid barometer, an instrument which determines atmospheric pressure and is graduated in feet above sea level.
(AES/GCS) 172-1983w

**barothermograph** (navigation aid terms) An instrument which automatically records pressure and temperature.
(AES/GCS) 172-1983w

**bar pattern** (television) A pattern of repeating lines or bars on a television screen. When such a pattern is produced by pulses that are equally separated in time, the spacing between the bars on the television screen can be used to measure the linearity of the horizontal or vertical scanning systems. *See also:* television.
(EEC/PE) [119]

**bar printer** An element printer in which the members of the character set are carried on a type bar. (C) 610.10-1994w

**barrel connector** A double-sided male coupling that interconnects two coaxial cables. *Contrast:* end connector.
(C) 610.7-1995

**barrel distortion (1)** A defect in a display surface that causes parallel lines to bow away from each other, causing a distorted image. *See also:* pin-cushion distortion.
(C) 610.6-1991w
**(2)** A distortion that results in a progressive decrease in radial magnification in the reproduced image away from the axis of symmetry of the electron optical system. *Note:* For a camera tube, the reproducer is assumed to have no geometric distortion.
(ED) 161-1971w

**barrel plating** Mechanical plating in which the cathodes are kept loosely in a container that rotates. *See also:* electroplating.
(EEC/PE) [119]

**barrel shifter** A circuit which will shift a word a certain number of bits in either direction within a single clock cycle.
(C) 610.10-1994w

**barretter** (waveguide components) A form of bolometer element having a positive temperature coefficient of resistivity which typically employs a power-absorbing wire or thin metal film.
(MTT) 147-1979w

**barrier (1)** A partition for the insulation or isolation of electric circuits or electric arcs.
(SWG/PE) C37.40-1993, C37.100-1992
**(2) (Class 1E equipment and circuits)** A device or structure interposed between redundant Class 1E equipment or circuits, or between Class 1E equipment or circuits and a potential source of damage to limit damage to Class 1E systems to an acceptable level.
(PE/NP) 384-1992r

AUO_0021918