# EXHIBIT J

|  | Application No. | Applicant(s) |
|---|---|---|
| **Notice of Allowability** | 10/746,333 | ORLANDO ET AL. |
|  | Examiner | Art Unit |
|  | Tom V. Sheng | 2629 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to _amendment filed on 12/26/2006_.

2. ☒ The allowed claim(s) is/are _1,2,4,5,7 and 14-22_.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a) ☐ All   b) ☐ Some*   c) ☐ None of the:
        1. ☐ Certified copies of the priority documents have been received.
        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
    * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached
        1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____.
    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of
        Paper No./Mail Date _____.
    Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☐ Notice of Draftperson's Patent Drawing Review (PTO-948)
3. ☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____
4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
5. ☐ Notice of Informal Patent Application
6. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .
7. ☒ Examiner's Amendment/Comment
8. ☒ Examiner's Statement of Reasons for Allowance
9. ☐ Other _____.

Application/Control Number: 10/746,333                                                                 Page 2
Art Unit: 2629

## EXAMINER'S AMENDMENT

1. An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

Authorization for this examiner's amendment was given in a telephone interview with Attorney Dennis S. Fernandez on 2/9/2007.

The application has been amended as follows:

Claim 1, line 11, before ".", insert --, wherein said non-volatile storage cells are organized into two or more banks of cells wherein each bank contains a predetermined gamma reference voltage signal display condition; and means to switch between the banks based on one or more external signals is provided on said integrated circuit--.

Claim 7, line 1, replace "claim 6" with --claim 2--.

Claim 14, lines 11 and 14, replace "programming line" with --programming pin--.

Claim 16, line 11, replace "all output" with --said plurality of outputs--.

Claim 16, line 13, replace "the programming mode" with --a programming mode to program said storage cells--.

Claim 21, line 2, replace "one" with --two--.

Please cancel claims 3, 6 and 8-13.


2. Claims 1, 2, 4, 5, 7 and 14-22 are allowed.

The following is an examiner's statement of reasons for allowance:

Application/Control Number: 10/746,333 Page 3
Art Unit: 2629

The invention is directed to a buffered integrated circuit programmable to output a set of gamma correction reference voltages to the source drivers in LCD displays. Once programmed, the buffers will continuously output the programmed value. The integrated circuit incorporates a programming interface to allow the programming of the buffer outputs to the desired values during manufacturing and test of the display panel. Multiple sets of gamma values can be programmed to provide different gamma correction curves for different user or application requirements.

Independent claim 1 identifies, inter alia, the uniquely distinct features "wherein said non-volatile storage cells are organized into one or more banks of cells wherein each bank contains a predetermined gamma reference voltage signal display condition; and means to switch between the banks based on one or more external signals is provided on said integrated circuit."

Independent claim 14 identifies, inter alia, the uniquely distinct features "selecting a predetermined group of storage addresses using a predetermined subset of the address lines; taking the programming pin high to latch the predetermined group of storage addresses; selecting a predetermined storage cell address using all of the address lines; programming an applied gamma voltage in the selected storage cell by applying incremental voltage pulses from the programming pin."

Independent claim 16 identifies, inter alia, the uniquely distinct features "an output pin connected to an output through a second multiplexer connected to said plurality of outputs wherein said output pin is at an output buffer voltage level of said

Application/Control Number: 10/746,333 Page 4
Art Unit: 2629

output when said integrated circuit is in a programming mode to program said storage cells for said output."

Steffensmeier teaches a column driver for providing grayscale voltage signal to the column lines. The column driver includes analog memory devices for data storage, a graphics processor and a programmable logic device for programming, a multiplexer bus circuit for addressing one of the analog memory devices, and buffers for buffering outputs of the analog memory devices. However, Steffensmeier does not teach or suggest above claimed features.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Tom V. Sheng whose telephone number is (571) 272-7684. The examiner can normally be reached on 9:00am - 6:00pm.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Amr Awad can be reached on (571) 272-7764. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Application/Control Number: 10/746,333　　　　　　　　　　　　　　　　　Page 5
Art Unit: 2629

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

Tom Sheng

　　　　　　　　　　　　　　　　　　　　　　　　　　　　AMR A. AWAD
　　　　　　　　　　　　　　　　　　　　　　　　SUPERVISORY PATENT EXAMINER

| Search Notes  | Application/Control No. 10746333 | Applicant(s)/Patent Under Reexamination ORLANDO ET AL. |
|---|---|---|
| | Examiner Sheng, Tom V | Art Unit 2629 |

| SEARCHED | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| 345 | 89, 690 | 8/15/06, 8/22/06, 2/7/07 | TS |
| 348 | 254, 674 | | |
| 358 | 519 | | |

| SEARCH NOTES | | |
|---|---|---|
| Search Notes | Date | Examiner |
| EAST Search | 8/15/06, 8/22/06, 2/7/07 | TS |
| Inventor Search | 8/15/06 | TS |

| INTERFERENCE SEARCH | | | |
|---|---|---|---|
| Class | Subclass | Date | Examiner |
| 345 | 89, 690 | 2/10/2007 | TS |
| 348 | 254, 674 | | |
| 358 | 519 | | |